**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT**
UNITED STATES COURTHOUSE
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS



Schameil Yule
#2013-060903
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

14CV2134 #5

NIXIE 606083011-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

___ ID MISSING OR INCORRECT
✓ NAME & ID # DO NOT MATCH
✓ DISCHARGED

RECEIVED
MAY 8 2014
THOMAS ...
CLERK, U.S. DISTRICT COURT