SKJ

**FILED**
3/2/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
2-17-15
FEB 1 7 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Schamiel Yule

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Tom Dart

Cook County Jail

Cermak Health Services

CRW. Taylor

John Doe

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 14 CV 2134
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:    **AMENDED COMPLAINT**

**X**    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

   A. Name: SCHAMEIL YULE

   B. List all aliases: _____

   C. Prisoner identification number: M44477

   D. Place of present confinement: EAST MOLINE CORRECTIONAL CENTER

   E. Address: 100 HILLCREST RD., EAST MOLINE, IL 61244

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: TOM DART

   Title: COOK COUNTY SHERIFF

   Place of Employment: COOK COUNTY JAIL

   B. Defendant: COOK COUNTY JAIL

   Title: SUPERVISOR

   Place of Employment: COOK COUNTY JAIL

   C. Defendant: CERMAK HEALTH SERVICES

   Title: ADMINISTRATOR

   Place of Employment: COOK COUNTY JAIL

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. DEFENDANT: CRW. TAYLOR
   TITLE: CORRECTIONAL REHABILITATION WORKER
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL

E. DEFENDANT: JOHN DOE
   TITLE: ADMINISTRATOR
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____ 13CV7992

B. Approximate date of filing lawsuit: NOV 6, 2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: SCHAMEIL YULE

D. List all defendants: TOM DART, CRW THAYLER, JOHN DOE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

F. Name of judge to whom case was assigned: JUDGE DARRAH, MAGISTRATE SCHENKER

G. Basic claim made: LACK OF PROPER MEDICAL CARE, BACK PAIN

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 9, 2013 I notified the medical staff that I had been wearing contacts and would need glasses. They gave me nothing to put my contacts in at night and nothing to clean them with. I put in multiple requests to see eye doctor and was ignored. I was finally called to dispensary after I filed a grievance to get an eye doctor appointment. By this time my contacts were already burning my eyes and turned them bright red, it was very painful. I am legally blind without contacts or glasses and had not seen the eye doctor until Sept. 11, 2013, where the doctor told me it would be an additional 2 months before I recieve the glasses. I did not recieve them until November 20, 2013.

4

I WAS PUT THROUGH PAIN BEING FORCED TO WEAR OLD CONTACTS REPEATEDLY AS LONG AS I COULD WITHOUT HAVING ANYTHING TO CLEAN THEM IN CAUSING MY EYES TO BURN AND TURN RED, AND WAS FORCED TO GO AROUND THE UNSAFE JAIL ENVIRONMENT WITHOUT BEING ABLE TO SEE ANYTHING BUT BLUR BEING IT TOOK SO LONG TO GET GLASSES. I REPEATEDLY INFORMED C.R.W. TAYLOR AND "JOHN DOE" VIA REQUEST FORM, MEDICAL REQUEST FORM, MEDICAL REQUEST FORM, AND GRIEVANCE PROCESS AS TO THE NATURE OF MY MEDICAL NEEDS AND ALL MY REQUESTS WERE IGNORED.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

FINANCIAL COMPENSATION IN AN AMOUNT TO BE DETERMINED BY THE COURT

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **6** day of **FEBUARY** 20**15**

_____
(Signature of plaintiff or plaintiffs)

**SCHAMEIL YULE**
(Print name)

**M44477**
(I.D. Number)

**EMCC**

**100 HILLCREST ROAD**

**EAST MOLINE, IL 61244**
(Address)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

1-2

| | |
|---|---|
| ☐ GRIEVANCE | ☑ NO-GRIEVANCE (REQUEST) |

**CONTROL #** 2013X01516

### ! This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☑ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

- **PRINT - INMATE LAST NAME:** Yule
- **PRINT - FIRST NAME:** Schameil
- **ID Number:** 20130609031
- **DIVISION:** 2/RTU
- **LIVING UNIT:** 4H
- **DATE:** 7/12/13

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

I arrived at the County Jail on June 9th 2013. During the Intake process I informed the Medical Department that I was wearing disposable contact lenses and that without them I was severely visually impaired. My contact lenses can no longer be worn without causing me severe discomfort and pain. I need to wear my contact lenses in order to be able to see well enough to prepare my legal defense and therefore I am being forced to subject myself to unnecessary pain and suffering because I do not have an alternative to my contact lenses.

**ACTION THAT YOU ARE REQUESTING:**

Immediate treatment for my visual impairment

**INMATE SIGNATURE:** Schameil Yule

**CRW/PLATOON COUNSELOR (Print):** M. Taylor
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 7/23/13

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** _____
**SIGNATURE:** _____
**DATE REVIEWED:** ___/___/___

(FCN-47)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2013x2686!

### INMATE INFORMATION

| INMATE LAST NAME | INMATE FIRST NAME | ID Number |
|---|---|---|
| Yilet | [illegible] | 2013[illegible] |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
Detainee alleges lack of medical treatment regarding various medical issues.

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** Cermak

**DATE REFERRED:** 7/23/13

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
Optometry appt 9/3/13
PCC appt 7/30/13 (Seen)

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** [illegible]
**SIGNATURE:** [illegible]
**DIV./DEPT:** CHS
**DATE:** 7/31/13

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DIV./DEPT.:**
**DATE:** / /

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GREIVANCE SUBJECT CODE:

**INMATE SIGNATURE:** [signature]

**DATE RESPONSE WAS RECEIVED:** 8/6/13

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 8/6/13

**INMATE'S BASIS FOR AN APPEAL:**
THIS APPOITMENT IS NOT SOON ENOUGH, I AM LEGALLY BLIND, I CANNOT SEE, MY EYES STILL BURN FROM WEARING THE CONTACTS TOO LONG, ITS PAINFUL, MY BACK IS STILL CAUSING PAIN, INADEQUATE MEDICINE

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:**
See attach

**ADMINISTRATOR/DESIGNEE:** Teresa Olson
**SIGNATURE:** [signature]
**DATE:** 8/23/13

**INMATE SIGNATURE:** X Refus[ed]
**DATE INMATE RECEIVED APPEAL RESPONSE:** 9/4/13

(FCN-48)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – C.R.W./PLATOON COUNSELOR)     (PINK COPY – INMATE)

# CERMAK HEALTH SERVICES OF COOK COUNTY

## GRIEVANCE APPEAL NOTATION

Grievance # 2013x2686
CCDOC # 20130609031
Date appeal requested: 8/6/13
Date appeal received: 8/12/13

Date: 8/21/13

Note:
Appt was moved up to 8/20/13 (yesterday) and inmate was a no-show. Now, appt has been re-scheduled for 9/11/13.

This information is based only on the medical investigation performed by Cermak Health Services. This is not a final ruling on the appeal from the Administrator. The signer of this note is not an employee of CCDOC or Cook County Sheriff.