## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Schameil Yule

                        Plaintiff,

v.                                              Case No.: 1:14–cv–02134

Tom Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29,2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 8/27/15 at 10:15 a.m. The Court will contact the Lawyers Committee for Civil Rights Under Law in an attempt to find a pro bono attorney for the purpose of a set tlement conference only. Defendants' counsel shall arrange for Plaintiff to be present at the status hearing by telephone. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.